Greenlee Estate.

Argued October 1, 1958.   Before BELL, MUSMANNO, JONES and COHEN, JJ.

*Clyde P. Bailey,* with him *John L. Bailey, John A. Byerly, Jr.,* and *Weller, Wicks and Wallace,* for appellants.

*Joseph F. Weis,* with him *Weis & Weis,* for appellee.

OPINION PER CURIAM, November 25, 1958:

The decree of the Court below is affirmed on the opinion of Judge RAHAUSER of the Orphans' Court of Allegheny County, costs to be borne by the appellant.